VANESSA H. WIDENER (Bar No. 203967)
  vhw@amclaw.com
JENNIFER S. MUSE (Bar No. 211779)
  jsm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>MELANIE ANDERSON, an Individual, MELANIE ANDERSON dba COTTAGE CREEK APPRAISALS, and DOES 1 THROUGH 40, Inclusive,<br><br>Defendants. | Case No. 2:11-CV-01061-GEB-EFB<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

The parties, plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., and defendant MELANIE ANDERSON, an individual, and MELANIE ANDERSON dba COTTAGE CREEK APPRAISALS, by and through their respective attorneys of record, hereby stipulate and agree to modify the Status Pretrial Scheduling Order in this matter to extend the expert disclosure cutoff dates.

/ / /

/ / /

907626.1 5662.100

1. On July 27, 2011, the FDIC filed a Motion to Strike Affirmative Defense which was scheduled to be heard on September 12, 2011.  By order of this Court, the hearing on the Motion to Strike was taken off calendar and the matter was taken under submission.

2. On August 3, 2011 the Court issued its Status Pretrial Scheduling Order which, among other things, required the Parties to exchange initial expert witness disclosures pursuant to Fed. R. of Civ. Pro. 26(a)(2)(c) no later than September 27, 2011.

3. On August 22, 2011, the Parties filed a stipulation to extend the time for the exchange of expert witness information to October 27, 2011.  The agreement was made to give the Parties sufficient time after the September 12, 2011 hearing on the FDIC's Motion to Strike to conduct discovery and retain experts (if necessary) to address Defendants' comparative fault/negligence affirmative defense.

4. The Court has not rendered a decision on the FDIC's Motion to Strike. Therefore, the Parties stipulate and agree to extend the initial expert disclosure cutoff to **January 27, 2012**.  The parties further agree to extend the contradictory and/or rebuttal expert witness disclosure cutoff date to **February 27, 2012**.

5. No other provision of the Status Pretrial Scheduling Order is to be modified.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

DATED: October 27, 2011          ANDERSON, McPHARLIN & CONNERS LLP

By: _____
Vanessa H. Widener
Jennifer S. Muse
Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

DATED: October ___. 2011        ERICKSEN ARBUTHNOT

                                /s/ Mark S. Tratten /s/
                                By: _____
                                    Mark S. Tratten
                                    Nou Lee
                                Attorneys for Defendants MELANIE
                                ANDERSON, an individual, and MELANIE
                                ANDERSON dba COTTAGE CREEK
                                APPRAISALS

## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS SO ORDERED.**

**Date: 10/27/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

3