IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Federal Deposit Insurance Corporation,

        Plaintiff,

v.

Melanie Anderson, an individual d.b.a. Cottage Creek Appraisals,

        Defendant.

2:11-cv-01061-GEB-EFB

ORDER SUPPLEMENTING PRETRIAL SCHEDULING ORDER

On January 5, 2012, Defendant filed an "Ex Parte Application for Order Shortening Time to Hear Motion to Modify Pretrial Scheduling Order" ("Ex Parte Application"). (ECF No. 27.)

Since it appears that the Status (Pretrial Scheduling) Order filed on August 3, 2011 (ECF No. 12) and Stipulation and Order to Modify Scheduling Order filed on October 28, 2011 (ECF No. 20) should be modified, the Status (Pretrial Scheduling) Order is supplemented as follows:

All discovery shall be completed by May 28, 2012; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before March 28, 2012, and any contradictory and/or rebuttal expert disclosure authorized

1

1  under Rule 26(a)(2)(D)(ii) on or before April 30, 2012; the last hearing
2  date for motions shall be July 30, 2012; the final pretrial conference
3  commences at 1:30 p.m. in courtroom 10 on September 24, 2012; and trial
4  commences at 9:00 a.m. in courtroom 10 on October 23, 2012.
5       Since this modification grants Defendant's motion to modify
6  the Status (Pretrial Scheduling) order, the hearing on Defendant's
7  motion scheduled for January 23, 2011, is vacated and Defendant's
8  application for having that motion decided on shortened time is denied
9  as moot.
10      IT IS SO ORDERED.
11 Dated:  January 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2