MARK S. TRATTEN (SBN 119330)
JASON YANG (SBN 256528)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825
(916) 483-5181

Attorneys for defendants, MELANIE ANDERSON,
an individual, and MELANIE ANDERSON dba
COTTAGE CREEK APPRAISALS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br> v. <br><br> MELANIE ANDERSON an Individual, MELANIE ANDERSON dba COTTAGE CREEK APPRAISALS, and DOES 1 through 40, inclusive, <br><br> Defendants. | Case No.: 2:11-CV-01061-GEB-EFB <br><br> **STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER** |

**STIPULATION**

The parties, Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC") as Receiver for INDYMAC BANK, F.S.B., and Defendants, MELANIE ANDERSON, an individual, and MELANIE ANDERSON dba COTTAGE CREEK APPRAISALS, by and through their respective attorneys of record, hereby stipulate and agree to modify the Status Pretrial Scheduling Order in this matter, to extend the expert deposition cutoff dates.

STIPULATION TO MODIFY SCHEDULING ORDER
FDIC/11-100/mstpld.                                                                                                         Page 1

The Parties agreed to put off depositions until after Mediation, which occurred on June 13, 2012. Mediation was unsuccessful and the Parties will not be able to complete expert witness depositions before the current deposition cutoff date of June 29, 2012. Consequently, the Parties stipulate to continue the cutoff date for expert witness depositions to July 30, 2012.

No other provision of the Status Pretrial Scheduling Order is to be modified.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 20, 2012                ERICKSEN ARBUTHNOT

BY   /S/*Mark S. Tratten*
   MARK S. TRATTEN
   JASON YANG
   Attorneys for defendants,
   MELANIE ANDERSON, an individual, and
   MELANIE ANDERSON dba COTTAGE
   CREEK APPRAISALS

DATED: June 20, 2012                GCA LAW PARTNERS, LLP

BY:    /S/ *Susan D. Condon*
   SUSAN D. CONDON
   VALERIE M. WAGNER
   Attorneys for plaintiff,
   FEDERAL DEPOSIT INSURANCE
   COMPANY as receiver for INDYMAC
   BANK, F.S.B.

## ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: 6/22/12

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION TO MODIFY SCHEDULING ORDER
FDIC/11-100/mstpld.                                Page 2