IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> v. <br><br> MELANIE ANDERSON an Individual, MELANIE ANDERSON dba COTTAGE CREEK APPRAISALS, <br><br> Defendant. | 2:11-cv-01061-GEB-EFB <br><br> <u>ORDER</u> |

Defendant's Motion for Summary Judgment filed on July 30, 2012, is stricken since it is noticed for hearing after the last hearing date for law and motion prescribed in the January 9, 2012 Order Supplementing Pretrial Scheduling Order (ECF No. 31, 2:1-2).

Dated: July 31, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge