IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FEDERAL DEPOSIT INSURANCE      )
CORPORATION as receiver for    )   2:11-cv-01061-GEB-EFB
INDYMAC BANK, F.S.B.,          )
                               )
         Plaintiff,            )   ORDER DENYING PLAINTIFF'S EX
                               )   PARTE APPLICATION
    v.                         )
                               )
MELANIE ANDERSON an Individual,)
MELANIE ANDERSON dba COTTAGE   )
CREEK APPRAISALS,              )
                               )
         Defendant.            )
_____)
```

On July 31, 2012, Plaintiff filed an Ex Parte Application in which it seeks to file a motion to amend the Status (Pretrial Scheduling) Order on shortened time in order to file a motion for relief from admissions. (ECF No. 55.)

Since Plaintiff's counsel has not "satisfactor[ily] explain[ed] . . . [its] failure . . . to obtain a stipulation for the issuance of such an order from other counsel or parties in the action[,]" Plaintiff's ex parte application is denied. E.D. Cal. R. 144(e).

Dated: August 1, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1