IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE
CORPORATION,

        Plaintiff,

    vs.

MELANIE ANDERSON, an individual
d/b/a COTTAGE CREEK APPRAISALS,

        Defendant.
_____/

No. 2:11-cv-1061-GEB-EFB

ORDER

On August 29, 2012, the court heard plaintiff's motion for an order granting plaintiff relief from deemed admissions pursuant to Federal Rule of Civil Procedure 36(b). Dckt. No. 60. Attorneys Orlando Villalba and Susan Condon appeared at the hearing on behalf of plaintiff and attorney Jason Yang appeared on behalf of defendant.

As stated on the record, and for the reasons stated on the record, that motion, Dckt. No. 60, is granted. Plaintiff's admissions in response to defendant's requests for admission are deemed withdrawn and the responses are deemed amended as set forth in Exhibit B to the Affidavit of Susan Condon supporting plaintiff's motion, Dckt. No. 60-3 at 4-23.

SO ORDERED.

DATED: August 30, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE