MARK S. TRATTEN (SBN 119330)
JASON YANG  (SBN 258526)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825
(916) 483-5181

Attorneys for defendants, MELANIE ANDERSON,
an individual and dba COTTAGE CREEK APPRAISALS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br>           Plaintiff, <br>   v. <br><br> MELANIE ANDERSON an Individual, MELANIE ANDERSON dba COTTAGE CREEK APPRAISALS, and DOES 1 through 40, inclusive, <br><br>           Defendants. | Case No.: 2:11-CV-01061-GEB-EFB <br><br> **ORDER SHORTENING TIME TO HEAR MOTION FOR ADMINISTRATIVE RELIEF** <br><br> **Courtroom: 10** <br><br> Trial Date:  March 26, 2013 |

   Defendant Melanie Anderson, an individual and dba Cottage Creek Appraisals, filed an *ex parte* application for an Order Shortening Time to Hear Motion for Administrative Relief. The Court, having reviewed the *ex parte* application and the Declaration of Jason Yang in support thereof, rules as follows:

/ / /

/ / /

ORDER
FDIC/11-100/jypld.006  Page 1

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the hearing on Defendant's Motion for Administrative Relief, which was filed as Exhibit B to the Declaration of Jason Yang (ECF No. 76-2), is shortened.

1. The hearing of the referenced motion is scheduled for October 9, 2012, at 9:00 a.m. in Courtroom 10 of the above-entitled Court.

2. Any opposition shall be filed no later than 4:00 p.m. on September 28, 2012.

3. Any reply shall be filed no later than 4:00 p.m. on October 3, 2012.

**Date: 9/21/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge