IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., | ) ) ) ) | 2:11-cv-01061-GEB-FEB |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| MELANIE ANDERSON an individual and doing business as COTTAGE CREEK APPRAISALS, | ) ) ) | |
| Defendant. | | |

Pending is the parties' dispute concerning the timing of a disclosed witness; and whether that disclosure undermined a party's ability to conduct certain discovery before the discovery closure date. However, in light of the congested nature of the undersigned Judge's docket, the Status (Pretrial Scheduling) Order is amended as follows, thereby mooting the dispute:

All discovery shall be completed by December 14, 2012; the last law and motion hearing date is January 21, 2013, commencing at 9:00 a.m.; the final pretrial conference is scheduled to commence at 1:30 p.m. on March 18, 2013, in courtroom 10; and trial commences at 9:00 a.m. on May 21, 2013, in courtroom 10.

1   Because of the above ruling, the motion scheduled for hearing
2  on October 9, 2012 is denied as moot and the hearing is vacated.
3  Dated:  October 4, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge