IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE )
CORPORATION as Receiver for ) 2:11-cv-01061-GEB-EFB
INDYMAC BANK, F.S.B., )
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, ) ORDER RE: SETTLEMENT AND
　　　　　　　　　　　　　　　　　　) DISPOSITION
　　　v. )
　　　　　　　　　　　　　　　　　　)
MELANIE ANDERSON an individual )
and doing business as COTTAGE )
CREEK APPRAISALS, )
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant. )
_____)

　　　　Plaintiff filed a "Notice of Conditional Settlement, Stipulation and Proposed Order to Vacate Trial Date and Pretrial Conference" on February 26, 2013, in which it states:

> [T]he parties reached a conditional settlement on February 21, 2013. The terms of the agreement include the preparation and execution of a formal settlement agreement between the parties and the payment of settlement funds. The parties anticipate that the agreement will be executed, the funds paid, and the matter dismissed with prejudice no later than May 15, 2013.
>
> In light of the foregoing, the Parties hereby stipulate and request that the Pretrial Conference scheduled for March 18, 2013 and the Trial date set for May 21, 2013 be vacated.

(ECF No. 93, 2:4-11.)

　　　　Therefore, a dispositional document shall be filed no later than May 15, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a

1

dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Final Pretrial Conference scheduled for March 18, 2013, and the trial scheduled to commence on May 21, 2013, are vacated. A Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on June 24, 2013, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

IT IS SO ORDERED.

Dated: February 28, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge